UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA I. SLONE, | CASE NO: 15-6156 |
| Plaintiff, | |
| vs. | USDC SDNY |
| JAGR LLC, a New York limited liability company d/b/a JOE COFFEE, and 508 COLUMBUS PROPERTIES LLC, a New York limited liability company, | DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/18/15 |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff LINDA I. SLONE, and Defendants, JAGR LLC, a New York limited liability company d/b/a JOE COFFEE, and 508 COLUMBUS PROPERTIES LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 14th day of December, 2015.

By: _____
Robert J. Mirel, Esq.
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: RJM@weitzfirm.com
*Attorney for Plaintiff*

SO ORDERED:
_____
Hon. Judge Colleen McMahon, U.S.D.J.

By: _____
Peter M. Panken, Esq.
EPSTEIN, BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
Telephone: (212) 351-4840
Facsimile: (212) 878-8630
Email: ppanken@ebglaw.com
*Attorney for Defendants*

Date: 12/17/2015